Mark L. Javitch
mark@javitchlawoffice.com
Javitch Law Office
3 East 3rd Ave. Ste. 200
San Mateo CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 248-0705

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONEN HELMANN, CAMERON HIGBY, and JUDIT MAULL,<br><br>  Plaintiffs,<br><br>  v.<br><br>CODEPINK WOMEN FOR PEACE, et al.,<br><br>  Defendants. | Case No.: 2:24-cv-05704-SVW-PVC<br><br>**PROOF OF SERVICE EXECUTED ON DEFENDANT HONOR THE EARTH** |

TO THE CLERK AND ALL PARTIES OF RECORD: Please take note that the summons and First Amended Complaint was served on the registered agent of Defendant Honor the Earth on August 22, 2024. The process server's signed declaration of service is attached.

Dated: August 26, 2024          By:   /s/ Mark L. Javitch
                                      Mark L. Javitch

                                      Attorney for Plaintiffs

## AFFIDAVIT OF SERVICE

| Case:<br>V2:24-CV-05704-SVW-PVC | Court:<br>Central District of California | County:<br>Los Angeles, CA | Job:<br>11656389 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>Ronen Helmann, Cameron Higby and Judit Maull | | Defendant / Respondent:<br>Honor.the Earth 607 Main St., Callaway,MN 56521 | |
| Received by:<br>Stealth Process Services | | For:<br>Javitch Law Office | |
| To be served upon:<br>Honor the Earth | | | |

I, Tom Gianesin, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Sarah Cope, c/o Northwest Registered Agent LLC 202 N CEDAR AVE STE 1, OWATONNA, MN 55060–2306

**Manner of Service:** Registered Agent, Aug 22, 2024, 9:28 am CDT

**Documents:** 15 - First Amended Complaint.pdf (Received Aug 21, 2024 at 12:00pm CDT), 17-2 - Honor the Earth.pdf (Received Aug 21, 2024 at 12:00pm CDT)

**Additional Comments:**
1) Successful Attempt: Aug 22, 2024, 9:28 am CDT at c/o Northwest Registered Agent LLC 202 N CEDAR AVE STE 1, OWATONNA, MN 55060–2306 received by Sarah Cope.

_[signature]_                                              08/23/2024

Tom Gianesin                                               Date

Stealth Process Services
320 NW 4th St Suite 200 #320
Faribault, MN 55021
507-461-2742