JEFFREY J. ZUBER, (SBN 220830)
*jzuber@zuberlawler.com*
**ZUBER LAWLER LLP**
350 S. Grand Avenue, 32nd Floor
Los Angeles, California 90071   USA
Telephone: +1 (213) 596-5620
Facsimile: +1 (213) 596-5621

Attorneys for
HONOR THE EARTH

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| RONEN HELMANN, CAMERON HIGBY, and JUDIT MAULL, <br><br> Plaintiffs, <br><br> v. <br><br> CODEPINK WOMEN FOR PEACE, a California entity, CODEPINK ACTION FUND, a California entity, HONOR THE EARTH, a Minnesota entity, COURTNEY LENNA SCHIRF, and REMO IBRAHIM, d/b/a PALESTINIAN YOUTH MOVEMENT, and JOHN AND JANE DOES 1-20, <br><br> Defendants. | Case No. 2:24-cv-05704-SVW-PVC <br><br> **STIPULATION TO EXTEND TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT** <br><br> First Amended Complaint served: August 22, 2024 <br><br> Current response date: September 12, 2024 <br><br> New response date: October 14, 2024 <br><br> The Hon. Stephen V. Wilson <br><br> Trial Date:       None Set |

Plaintiffs RONEN HELMANN, CAMERON HIGBY, and JUDIT MAULL, (hereafter "Plaintiffs") and Defendant HONOR THE EARTH, (hereafter "Defendant") (together, the "Parties") hereby stipulate as follows:

WHEREAS, Plaintiff filed a First Amendment Complaint in the above-captioned matter on August 16, 2024, which was served on Defendant on August 22, 2024;

WHEREAS, Defendant's response to the First Amended Complaint is currently due on September 12, 2024;

WHEREAS, Defendant requires additional time to respond to the claims in the First Amended Complaint;

WHEREAS, Plaintiffs and Defendant have agreed to extend the response date by 30 days, making Defendant's response due on or before October 14, 2024;

WHEREAS, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, the court may, for good cause, extend the time beyond the 21-day period prescribed for the response after service of the initial Complaint;

IT IS HEREBY STIPULATED, by and between the Parties, through their respective counsel of record, that Defendant shall have up to and including October 14, 2024 to respond to the First Amended Complaint in this action.

Dated: September 12, 2024     Respectfully submitted,

**ZUBER LAWLER LLP**
JEFFREY J. ZUBER
AMROH F. IDRIS

By: /s/ Jeffrey J. Zuber
Attorneys for HONOR THE EARTH

Dated: September 12, 2024     Respectfully submitted,

**JAVITCH LAW OFFICE**
MARK L. JAVITCH

By: /s/ Mark L. Javitch
Attorneys for RONEN HELMANN, CAMERON HIGBY, and JUDIT MAULL,