1 | JEFFREY J. ZUBER, (SBN 220830)
      *jzuber@zuberlawler.com*
2 | **ZUBER LAWLER LLP**
   350 S. Grand Avenue, 32nd Floor
3 | Los Angeles, California 90071   USA
   Telephone: +1 (213) 596-5620
4 | Facsimile: +1 (213) 596-5621

5 | Attorneys for
   HONOR THE EARTH

6 |

7 | **UNITED STATES DISTRICT COURT**

8 | **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

9 |

10 | RONEN HELMANN, CAMERON HIGBY, and JUDIT MAULL,

11 |                    Plaintiffs,

12 | v.

13 | CODEPINK WOMEN FOR PEACE, a California entity, CODEPINK ACTION
14 | FUND, a California entity, HONOR THE EARTH, a Minnesota entity,
15 | COURTNEY LENNA SCHIRF, and REMO IBRAHIM, d/b/a PALESTINIAN
16 | YOUTH MOVEMENT, and JOHN AND JANE DOES 1-20,

17 |                    Defendants.

18 |

Case No. 2:24-cv-05704-SVW-PVC

**PROPOSED ORDER ON STIPULATION TO EXTEND TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT**

First Amended Complaint served: August 22, 2024

Current response date: September 12, 2024

New response date: October 14, 2024

19 |                    The Hon. Stephen V. Wilson

20 |                    Trial Date:          None Set

21 |

22 |         GOOD CAUSE APPEARING, the Court hereby approves this Stipulation.

23 | Defendant HONOR THE EARTH is permitted to file its response to the First

24 | Amended Complaint on or before October 14, 2024.

25 |

26 |         **IT IS SO ORDERED.**

27 |

28 | Dated: _____        _____
                                     HONORABLE JUDGE OF THE COURT

Case No. 2:24-cv-05704-SVW-PVC