Mark L. Javitch (CA SBN 323729)
mark@javitchlawoffice.com
Javitch Law Office
3 East 3rd Ave. Ste. 200
San Mateo, CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 648-0705

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONEN HELMANN, CAMERON HIGBY, and JUDIT MAULL,<br><br>Plaintiffs,<br><br>v.<br><br>CODEPINK WOMEN FOR PEACE, a California entity, CODEPINK ACTION FUND, a California entity, HONOR THE EARTH, a Minnesota entity, COURTNEY LENNA SCHIRF, and REMO IBRAHIM, d/b/a PALESTINIAN YOUTH MOVEMENT, and JOHN AND JANE DOES 1-20,<br><br>Defendants. | Case No.: 2:24-cv-05704-SVW-PVC<br><br>**REQUEST FOR CLERK'S DEFAULT** |

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, RONEN HELMANN, CAMERON HIGBY, and JUDIT MAULL ("Plaintiffs") hereby request that the Clerk enter default against defendant CODEPINK WOMEN FOR PEACE ("Code Pink"). In support of this request, Plaintiffs state the following:

1. On July 7, 2024, Plaintiff RONEN HELLMAN filed a Complaint against Defendant Code Pink, alleging violations of the Freedom of Access to Clinic Entrances Act and the Klu Klux Klan Act. (Dkt. 1). On August 16, 2024, RONEN HELMANN, CAMERON HIGBY, and JUDIT MAULL ("Plaintiffs") filed their First Amended Complaint. (Dkt. 15).

2. On July 17, 2024, pursuant to Rule 4, counsel for Plaintiff sent a Notice of Lawsuit and Request to Waive Service ("Notice") to Defendant CodePink at the address listed on the California Secretary of State website, 578 Washington Blvd., #395, Marina Del Rey, California 90292. Included in the envelope the Summons, Complaint, Notice, two copies of the Waiver of Service of Summons, and a self-addressed stamped envelope. *See* Declaration of Mark L. Javitch ¶ 5.

3. On or around August 17, 2024, in response to the Notice, counsel for Plaintiff received the executed waiver signed by Jodie Evans on August 12, 2024. Ms. Evans is Board President of CodePink. *Id* at ¶ 6; Dkt. 14.

4. On behalf of Code Pink, Ms. Evans agreed to respond to the Complaint under Federal Rule of Civil Procedure 12 within 60 days of the date it was sent, or by September 16, 2024. Dkt. 14.

5. As of the date of this filing, the deadline for Defendant Code Pink to respond to the Complaint has passed, and Defendant Code Pink has yet to plead or otherwise respond to this Court as required by Fed. R. Civ. P. 12.

WHEREFORE, Plaintiffs respectfully request that the Clerk enter default against Defendant Code Pink in accordance with Fed. R. Civ. P. 55(a).

Dated: September 20, 2024   Respectfully Submitted,

By: /s/ Mark L. Javitch
Mark L. Javitch (California SBN 323729)
Javitch Law Office
3 East 3rd Ave. Ste. 200
San Mateo CA 94401
Tel: (650) 781-8000
Fax: (650) 648-0705
Email: mark@javitchlawoffice.com

*Attorneys for Plaintiffs*