Mark Kleiman (SBN 115919)
mark@krlaw.us
KLEIMAN / RAJARAM
12121 Wilshire Blvd., Ste. 810
Los Angeles, CA  90025
Tel: 310-392-5455 / Fax: 310-306-8491

Collin Poirot (NY 5673405)
*(pro hac vice pending)*
cpoirot@jd18.law.harvard.edu
2603 Oak Lawn, Suite 300
Dallas TX  75219
214-392-2281

Attorneys for Defendants
CODEPINK WOMEN FOR PEACE
CODEPINK ACTION FUND

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| RONEN HELMANN, CAMERON HIGBY, and JUDIT MAULL, <br><br>Plaintiffs, <br><br>v. <br><br>CODEPINK WOMEN FOR PEACE, a California entity, CODEPINK ACTION FUND, a California entity, HONOR THE EARTH, a Minnesota entity, COURTNEY LENNA SCHIRF, and REMO IBRAHIM, d/b/a PALESTINIAN YOUTH MOVEMENT, and JOHN AND JANE DOES 1-20, <br><br>Defendants. | Case No. 2:24-cv-05704-SVW-PVC <br><br>STIPULATION FOR (1) VACATUR of DEFAULT BY CLERK AS TO CODEPINK WOMEN FOR PEACE (DKT # 27); (2) ENLARGEMENT OF TIME FOR CODEPINK WOMEN FOR PEACE and CODEPINK ACTION FUND TO FILE MOTIONS TO DISMISS OR OTHER RESPONSES TO THE COMPLAINT |

Plaintiffs Ronen Helmann, Cameron Higby, and Judit Maull (collectively "Plaintiffs") and Defendants CodePink Women For Peace And CodePink Action Fund (collectively "Defendants") stipulate to the above and request that this Court approve an order:

(1) Vacating the Default by Clerk as to CodePink Women for Peace (Dkt #27); and

(2) Enlargement of time for up to and including October 10, both CodePink defendants to file a combined motion to dismiss and/or other responsive pleadings;

The stipulation is intended to promote judicial economy by reducing the number of issues before the Court and by presenting the Court with one consolidated motion to dismiss rather than two motions addressing closely related issues and arguments.

Dated: September 30, 2024    KLEIMAN / RAJARAM

By: _____
Mark Kleiman

Attorneys for Defendants
CODEPINK WOMEN FOR PEACE
CODEPINK ACTION FUND

Dated: September 30, 2024    JAVITCH LAW OFFICE

By:  /s/ Mark L. Javitch
_____
Mark L. Javitch

Attorneys for Plaintiffs
RONEN HELMANN; CAMERON HIGBY; and JUDIT MAULL