Mark Kleiman (SBN 115919)
mark@krlaw.us
KLEIMAN / RAJARAM
12121 Wilshire Blvd., Ste. 810
Los Angeles, CA  90025
Tel: 310-392-5455 / Fax: 310-306-8491

Collin Poirot (NY 5673405)
*(pro hac vice pending)*
cpoirot@jd18.law.harvard.edu
2603 Oak Lawn, Suite 300
Dallas TX  75219
214-392-2281

Attorneys for Defendants
CODEPINK WOMEN FOR PEACE
CODEPINK ACTION FUND

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| RONEN HELMANN, CAMERON HIGBY, and JUDIT MAULL,<br><br>Plaintiffs,<br><br>v.<br><br>CODEPINK WOMEN FOR PEACE, a California entity, CODEPINK ACTION FUND, a California entity, HONOR THE EARTH, a Minnesota entity, COURTNEY LENNA SCHIRF, and REMO IBRAHIM, d/b/a PALESTINIAN YOUTH MOVEMENT, and JOHN AND JANE DOES 1-20,<br><br>Defendants. | Case No. 2:24-cv-05704-SVW-PVC<br><br>[PROPOSED] ORDER APPROVING STIPULATION FOR (1) VACATUR of DEFAULT BY CLERK AS TO CODEPINK WOMEN FOR PEACE (DKT # 27); (2) ENLARGEMENT OF TIME FOR CODEPINK WOMEN FOR PEACE and CODEPINK ACTION FUND TO FILE MOTIONS TO DISMISS OR OTHER RESPONSES TO THE COMPLAINT |

Good cause appearing therefore, it is hereby ordered that:

(1) The Clerk's Entry of Default by Clerk as to CodePink Women for Peace (Dkt #27) is vacated; and

(2) The CodePink defendants have up to and including October 10, 2024 in which to file a consolidated motion to dismiss and/or other responsive pleadings;

Dated: _____

By:_____
Hon. Steven V. Wilson
United States District Court