Mark Kleiman (SBN 115919)
mark@krlaw.us
KLEIMAN / RAJARAM
12121 Wilshire Blvd., Ste. 810
Los Angeles, CA 90025
Tel: 310-392-5455 / Fax: 310-306-8491

Collin Poirot (NY 5673405)
*(pro hac vice pending)*
cpoirot@jd18.law.harvard.edu
2603 Oak Lawn, Suite 300
Dallas TX 75219
214-392-2281

Attorneys for Defendants
CODEPINK WOMEN FOR PEACE
CODEPINK ACTION FUND

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| RONEN HELMANN, CAMERON HIGBY, and JUDIT MAULL,<br><br>Plaintiffs,<br><br>v.<br><br>CODEPINK WOMEN FOR PEACE, a California entity, CODEPINK ACTION FUND, a California entity, HONOR THE EARTH, a Minnesota entity, COURTNEY LENNA SCHIRF, and REMO IBRAHIM, d/b/a PALESTINIAN YOUTH MOVEMENT, and JOHN AND JANE DOES 1-20,<br><br>Defendants. | Case No. 2:24-cv-05704-SVW-PVC<br><br>UNOPPOSED EX PARTE MOTION FOR FIVE ADDITIONAL PAGES FOR THE PARTIES TO BRIEF DEFENDANTS' MOTION TO DISMISS AND PLAINTIFF'S OPPOSITION |

Plaintiffs have filed a 99- paragraph complaint alleging four different causes of action against defendants CodePink Women for Peace and CodePink Action Fund (collectively referred to here as "CodePink"). In addition to perceived pleading insufficiencies, the First Amended Complaint implicates both the speech and religion clauses of the First Amendment. The FAC also incorporates material giving rise to a discussion of at least one of CodePink's affirmative defenses.

Because so many issues must be addressed CodePink asks this Court for a five-page extension of the page limits for its motion to dismiss and for the plaintiffs' opposition.

Dated: October 9, 2024                KLEIMAN / RAJARAM

By:_____
Mark Kleiman

Attorneys for Defendants
CODEPINK WOMEN FOR PEACE
CODEPINK ACTION FUND