Mark Kleiman (SBN 115919)
mark@krlaw.us
KLEIMAN / RAJARAM
12121 Wilshire Blvd., Ste. 810
Los Angeles, CA 90025
Tel: 310-392-5455 / Fax: 310-306-8491

Collin Poirot (NY 5673405)
*(pro hac vice pending)*
cpoirot@jd18.law.harvard.edu
2603 Oak Lawn, Suite 300
Dallas TX 75219
214-392-2281

Attorneys for Defendants
CODEPINK WOMEN FOR PEACE
CODEPINK ACTION FUND

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| RONEN HELMANN, CAMERON HIGBY, and JUDIT MAULL,<br><br>Plaintiffs,<br><br>v.<br><br>CODEPINK WOMEN FOR PEACE, a California entity, CODEPINK ACTION FUND, a California entity, HONOR THE EARTH, a Minnesota entity, COURTNEY LENNA SCHIRF, and REMO IBRAHIM, d/b/a PALESTINIAN YOUTH MOVEMENT, and JOHN AND JANE DOES 1-20,<br><br>Defendants. | Case No. 2:24-cv-05704-SVW-PVC<br><br>[PROPOSED] ORDER RE: UNOPPOSED EX PARTE MOTION FOR FIVE ADDITIONAL PAGES FOR THE PARTIES TO BRIEF DEFENDANTS' MOTION TO DISMISS AND PLAINTIFF'S OPPOSITION |

The Court grants Defendant CodePink's unopposed motion.  Moving defendants are permitted five extra pages for their motion to dismiss the First Amended Complaint. Plaintiffs are permitted five additional pages for their opposition.

Dated: _____         By:_____
                                         Hon. Steven V. Wilson
                                         Judge United States District Court