Mark L. Javitch
mark@javitchlawoffice.com
Javitch Law Office
3 East 3rd Ave. Ste. 200
San Mateo CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 248-0705

*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONEN HELMANN, CAMERON HIGBY, AND JUDIT MAULL, <br><br> Plaintiffs, <br><br> v. <br><br> CODEPINK WOMEN FOR PEACE, a California entity, CODEPINK ACTION FUND, a California entity, HONOR THE EARTH, a Minnesota entity, COURTNEY LENNA SCHIRF, and REMO IBRAHIM, d/b/a PALESTINIAN YOUTH MOVEMENT, and JOHN AND JANE DOES 1-20, <br><br> Respondent. | Case No.:  2:24-cv-05704-SVW-PVC <br><br> **PROOF OF SERVICE EXECUTED ON REMO IBRAHIM** |

TO THE CLERK AND ALL PARTIES OF RECORD: Please take note that the

summons and First Amended Complaint was served on Defendant Remo Ibrahim on

October 1, 2024. The process server's signed affidavit of service is attached.

1

Dated: October 16, 2024

By:    /s/ Mark L. Javitch

2

Mark L. Javitch

3

Javitch Law Office
3 East 3rd Ave. Ste. 200

4

San Mateo CA 94401
Telephone: (650) 781-8000

5

Facsimile: (650) 248-0705

6

mark@javitchlawoffice.com

7

*Attorney for Plaintiffs*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Los Angeles District of California

Case Number: 2:24-CV-05704-
SVW-PVCX

Plaintiff: **RONEN HELMANN, CAMERON HIGBY, and JUDIT MAULL,**
vs.
Defendant: **CODEPINK WOMEN FOR PEACE, a California entity, et
al**

For:
MARK L. JAVITCH, ESQ.
3 EAST 3rd. AVENUE, SUITE 200
SAN MATEO, CA 94401

Received by Cal Process Servers to be served on **REMO IBRAHIM, 25801 Marguerite Pkwy., APT.
203, Mission Viejo, CA 92692**.

I, Richard Steiber, do hereby affirm that on the **1st day of October, 2024** at **6:46 pm, I:**

**SUBSTITUTE** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION; FIRST AMENDED
COMPLAINT** with the date and hour of service endorsed thereon by me, to: **JOHN DOE, (Refused name)**
as **CO-OCCUPANT** at the address of: **25801 Marguerite Pkwy., APT. 203, Mission Viejo, CA 92692**,
the within named person's usual place of abode , who resides therein, who is eighteen (18) years of age
or older and informed said person of the contents therein, in compliance with state statutes.

**AND MAILING** by First Class mail, a copy to each defendant by depositing said copies in the United
States Mail, in a sealed envelope with postage prepaid, addressed to the defendant at the above named
address on: **10/2/2024.** from: **IRVINE, CA**

**Additional Information pertaining to this Service:**
10/1/2024  6:46 pm  25801 Marguerite Pkwy., APT. 203, Mission Viejo CA 92692 -  Service obtained by
leaving documents with Remo Ibrahim's co-occupant: John Doe, Who refused to give his name and
who did state that the defendant does live here and will return.

**Description** of Person Served: Age: 25, Sex: M, Race/Skin Color: Hispanic, Height: 5'-11, Weight: 160,
Hair: Short Black, Glasses: N

**Service Fee Items:**
  Routine Process Service      $75.00
  Total                        $75.00

## <u>RETURN OF SERVICE For 2:24-CV-05704-SVW-PVCX</u>

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

_____

**Richard Steiber**
1852
 10/16/2024
_____
**Date**

**Cal Process Servers**
**14271 Jeffrey Road, #308**
**Irvine, CA 92620**
**(949) 295-8028**

Our Job Serial Number: RSC-2024000907