Mark L. Javitch (CA SBN 323729)
mark@javitchlawoffice.com
Javitch Law Office
3 East 3rd Ave. Ste. 200
San Mateo, CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 648-0705

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RONEN HELMANN, CAMERON HIGBY, and JUDIT MAULL,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>CODEPINK WOMEN FOR PEACE, a California entity, CODEPINK ACTION FUND, a California entity, HONOR THE EARTH, a Minnesota entity, COURTNEY LENNA SCHIRF, and REMO IBRAHIM, d/b/a PALESTINIAN YOUTH MOVEMENT, and JOHN AND JANE DOES 1-20,<br><br>　　　　　　　Defendants. | Case No.: 2:24-cv-05704-SVW-PVC<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE BY PLAINTIFFS CAMERON HIGBY AND JUDIT MAULL ONLY** |

TO THE COURT AND ALL PARTIES OF RECORD: Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff CAMERON HIGBY and Plaintiff JUDIT MAILL only hereby voluntarily dismiss all their claims, without prejudice, with each side

bearing their own costs and attorney's fees. No answer or motion for summary judgment has been filed.

Dated: October 23, 2024                    Respectfully submitted,

                                    By:   /s/ Mark L. Javitch
                                          Mark L. Javitch (CA SBN 323729)
                                          Javitch Law Office
                                          3 East 3rd Ave. Ste. 200
                                          San Mateo, CA 94401
                                          Telephone: (650) 781-8000
                                          Facsimile: (650) 648-0705
                                          mark@javitchlawoffice.com

                                          *Attorneys for Plaintiffs*

NOTICE OF VOLUNTARY
DISMISSAL WITHOUT PREJUDICE                    2                         2:24-cv-05704-SVW-PVC