Mark Kleiman (SBN 115919)
mark@krlaw.us
KLEIMAN / RAJARAM
12121 Wilshire Blvd., Ste. 810
Los Angeles, CA  90025
Tel: 310-392-5455 / Fax: 310-306-8491

Collin Poirot (NY 5673405)
*(pro hac vice)*
cpoirot.law@gmail.com
2603 Oak Lawn, Suite 300
Dallas TX  75219
214-392-2281

Attorneys for Defendants
CODEPINK WOMEN FOR PEACE
CODEPINK ACTION FUND

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RONEN HELMANN, CAMERON HIGBY, and JUDIT MAULL,<br><br>Plaintiffs,<br><br>v.<br><br>CODEPINK WOMEN FOR PEACE, a California entity, CODEPINK ACTION FUND, a California entity, HONOR THE EARTH, a Minnesota entity, COURTNEY LENNA SCHIRF, and REMO IBRAHIM, d/b/a PALESTINIAN YOUTH MOVEMENT, and JOHN AND JANE DOES 1-20,<br><br>Defendants. | Case No. 2:24-cv-05704-SVW-PVC<br><br>OBJECTION TO DEFECTIVE NOTICE OF VOLUNTARY DISMISSAL |

1
OBJECTION TO DEFECTIVE NOTICE OF VOLUNTARY DISMISSAL

Defendants CodePink Women For Peace And CodePink Action Fund (collectively "Codepink") object to the Plaintiffs' defective attempt to voluntarily dismiss Cameron Higby and Judit Maull from the action (Dkt. No. 46) upon two grounds.

First, Fed. R. Civ. Proc. 41(a)(1)(A)(1) is not the proper vehicle to remove the claims of two of the action's three plaintiffs. Rule 41(a)(1) states that the plaintiff may dismiss "an action". As this Court has previously ruled, there is no provision for maintaining an action while dismissing the majority of the plaintiffs. *See* <u>Sitrick v. Dreamworks, LLC</u> (C.D.Cal. Jan. 4, 2007, No. CV 03-4265 SVW (AJWx)) 2007 U.S.Dist.LEXIS 105102, at *2-3.), citing <u>Hells Canyon Pres. Council v. United States Forest Serv.</u>, 403 F.3d 683, 687 (9th Cir. 2005); and <u>Ethridge v. Harbor House Restaurant</u>, 861 F.2d 1389, 1392 (9th Cir. 1988). CodePink explained this to the plaintiffs in an October 20, 2024 letter, informing them that they needed to prepare and file an amended complaint, as they had promised they would do.

Second, CodePink objects to the plaintiffs' unfounded insistence that "each party bears its own costs and attorney's fees". CodePink's offer to waive costs and fees was based on the plaintiff's promise that a Second Amended Complaint would be filed, a promise that was broken by yesterday's inexplicable "Notice of Voluntary Dismissal."

Dated: October 24, 2024            KLEIMAN / RAJARAM

By: _____
    Mark Kleiman

Attorneys for Defendants
CODEPINK WOMEN FOR PEACE
CODEPINK ACTION FUND