Mark Kleiman (SBN 115919)
mark@krlaw.us
KLEIMAN / RAJARAM
12121 Wilshire Blvd., Ste. 810
Los Angeles, CA  90025
Tel: 310-392-5455 / Fax: 310-306-8491

Collin Poirot (NY 5673405)
*(pro hac vice)*
cpoirot.law@gmail.com
2603 Oak Lawn, Suite 300
Dallas TX  75219
214-392-2281

Attorneys for Defendants
CODEPINK WOMEN FOR PEACE
CODEPINK ACTION FUND

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RONEN HELMANN, CAMERON HIGBY, and JUDIT MAULL,<br><br>Plaintiffs,<br><br>v.<br><br>CODEPINK WOMEN FOR PEACE, a California entity, CODEPINK ACTION FUND, a California entity, HONOR THE EARTH, a Minnesota entity, COURTNEY LENNA SCHIRF, and REMO IBRAHIM, d/b/a PALESTINIAN YOUTH MOVEMENT, and JOHN AND JANE DOES 1-20,<br><br>Defendants. | Case No. 2:24-cv-05704-SVW-VC<br><br>DECLARATION OF MARK KLEIMAN AFFIRMING THE PARTIES CONFERRED REGARDING CODEPINK'S MOTION TO DISMISS<br><br>Judge:  Hon Stephen V. Wilson<br>Hearing Date:  November 25, 2024<br>Time:          1:30 p.m.<br>Courtroom:     10A |

# **DECLARATION OF MARK KLEIMAN**

I Mark Kleiman hereby declare as follows

1. I am an attorney at law duly licensed to practice before all courts in the State of California and am a member of the bar of this Court. If called upon to do so I could and would testify competently to the following based upon firsthand knowledge.

2. Counsel for the Plaintiffs and counsel for CodePink met and conferred but were unable to resolve the issues addressed in CodePink's Motion to Dismiss.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 24th day of October, 2024, at Los Angeles, California.

*[signature]*

Mark Kleiman