# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONEN HELMANN, CAMERON HIGBY, and JUDIT MAULL,<br><br>Plaintiffs,<br><br>v.<br><br>CODEPINK WOMEN FOR PEACE, a California entity, et al.,<br><br>Defendants. | Case No.: 2:24-cv-05704-SVW-PVC<br><br>**ORDER GRANTING PLAINTIFFS' EX PARTE MOTION TO EFFECTUATE SERVICE BY ALTERNATE MEANS ON COURTNEY LENNA SCHIRF** |

Plaintiffs RONEN HELMANN, CAMERON HIGBY, and JUDIT MAULL move the Court Ex Parte to effectuate service by alternate means on COURTNEY LENNA SCHIRF ("Defendant"). The Court hereby GRANTS the motion. Service may be performed by mailing the summons and First Amended Complaint via USPS First Class Mail to Courtney Lenna Schirf, 5453 Burnet Rd Apt 329, Austin, TX 78756 and email to Courtney.schirf@gmail.com

**IT IS SO ORDERED.**

DATED: October 28, 2024

_____
Honorable Stephen V. Wilson
United States District Judge