Mark Kleiman (SBN 115919)
mark@krlaw.us
KLEIMAN / RAJARAM
12121 Wilshire Blvd., Ste. 810
Los Angeles, CA  90025
Tel: 310-392-5455 / Fax: 310-306-8491

Collin Poirot (NY 5673405)
*(pro hac vice)*
cpoirot.law@gmail.com
2603 Oak Lawn, Suite 300
Dallas TX  75219
214-392-2281

Attorneys for Defendants
CODEPINK WOMEN FOR PEACE
CODEPINK ACTION FUND

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RONEN HELMANN, CAMERON HIGBY, and JUDIT MAULL,<br><br>          Plaintiffs,<br><br>     v.<br><br>CODEPINK WOMEN FOR PEACE, a California entity, CODEPINK ACTION FUND, a California entity, HONOR THE EARTH, a Minnesota entity, COURTNEY LENNA SCHIRF, and REMO IBRAHIM, d/b/a PALESTINIAN YOUTH MOVEMENT, and JOHN AND JANE DOES 1-20,<br><br>          Defendants. | Case No. 2:24-cv-05704-SVW-PVC<br><br>NOTICE OF WITHDRAWAL OF OBJECTION TO DEFECTIVE NOTICE OF VOLUNTARY DISMISSAL |

Defendants CodePink Women For Peace and CodePink Action Fund (collectively "Codepink") hereby withdraw their Objection to Defective Notice of Voluntary Dismissal (Dkt. No. 48) and the Declaration of Mark Kleiman in Support (Dkt. No. 48-1) with respect to the dismissal of Cameron Higby and Judit Maull from the action.

Dated: October 28, 2024        KLEIMAN / RAJARAM

By: ___/s/ Mark Kleiman___
    Mark Kleiman

Attorneys for Defendants
CODEPINK WOMEN FOR PEACE
CODEPINK ACTION FUND