Mark L. Javitch (CA SBN 323729)
mark@javitchlawoffice.com
Javitch Law Office
3 East 3rd Ave. Ste. 200
San Mateo, CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 648-0705

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONEN HELMANN,<br><br>            Plaintiff,<br><br>     v.<br><br>CODEPINK WOMEN FOR PEACE, a California entity, CODEPINK ACTION FUND, a California entity, HONOR THE EARTH, a Minnesota entity, COURTNEY LENNA SCHIRF, and REMO IBRAHIM, d/b/a PALESTINIAN YOUTH MOVEMENT, and JOHN AND JANE DOES 1-20,<br><br>            Respondent. | Case No.:  2:24-cv-05704-SVW-PVC<br><br>**DECLARATION OF MARK L. JAVITCH IN SUPPORT OF PLAINTIFFS' OPPOSITION TO HONOR THE EARTH'S MOTIONS TO DISMISS AND STRIKE** |

   I hereby declare the following in support of Plaintiffs' Opposition to Honor the Earth's Motions to Dismiss and Strike:

   1.   I am an attorney duly licensed to practice in the State of California and before the District Court for the Central District of California. This declaration is based on personal knowledge of the matters set forth herein.

   2.   I am the attorney of record for Plaintiff RONEN HELMANN ("Plaintiff")

DECLARATION OF
MARK L. JAVITCH                              1                    2:24-cv-05704-SVW-PVC

3. On or around October 28, 2024, I searched for Palestinian Youth Movement's website and found the website: https://goodbricks.org/cause/palestinianyouthmovement.com/donate-pym

4. Attached as Exhibit A is a true and accurate copy of that webpage.

I declare under penalty of perjury that the foregoing is true and correct. This declaration is executed on the date mentioned below in San Mateo County, California.

Dated: October 28, 2024           By: /s/ Mark L. Javitch
                                      Mark L. Javitch