# Exhibit A



# Support Palestinian Youth Organizing!



The **Palestinian Youth Movement** is a grassroots and independent movement of Palestinian and Arab youth struggling toward the liberation of our homeland and our people.

With **14 chapters across North America and Europe**, we work to mobilize our communities through educational programming, campaigns, and projects.

As a grassroots, volunteer-driven organization, we rely on your contributions and the support of our community. All US based contributions are tax-deductible and you will promptly receive your tax deduction information.

We also accept checks payable to "Honor the Earth" and mailed to 1430 Haines Ave STE 108 #225, Rapid City, SD, 57701. Please indicate"PYM" in the memo line.

Thank you!

Contact: palyouth.usa@gmail.com

Tax Deductible

**Amount**

| $50 | $100 | $250 | $500 |

$ 50

☐ MONTHLY

☐ Do not display my name publicly

☑ Subscribe to notifications from Palestinian Youth Movement.

☑ I'd like to cover the transaction fee so more of my donation goes to Palestinian Youth Movement

Comments (optional)

☐ I'm not a robot    reCAPTCHA
              Privacy - Terms

Donate $51.50

Pay using a card

Palestinian Youth Movement has partnered with Goodbricks to securely process your online donation.

Need help? Email support@goodbricks.org

This transaction is subjected to Goodbricks Terms and Privacy Policy.

© 2024 Goodbricks. All rights reserved.