Mark L. Javitch
mark@javitchlawoffice.com
Javitch Law Office
3 East 3rd Ave. Ste. 200
San Mateo CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 248-0705

*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONEN HELMANN,<br><br>         Plaintiff,<br><br>    v.<br><br>CODEPINK WOMEN FOR PEACE, a California entity, CODEPINK ACTION FUND, a California entity, HONOR THE EARTH, a Minnesota entity, COURTNEY LENNA SCHIRF, and REMO IBRAHIM, d/b/a PALESTINIAN YOUTH MOVEMENT, and JOHN AND JANE DOES 1-20,<br><br>         Defendants. | Case No.: 2:24-cv-05704-SVW-PVC<br><br>**CERTIFICATION OF SERVICE ON DEFENDANT COURTNEY LENNA SCHIRF** |

TO THE CLERK AND ALL PARTIES OF RECORD: Please take note that on October 28, 2024, the Court granted Plaintiff leave to serve the summons and First Amended Complaint on Defendant Courtney Lenna Schirf via email and mail. Dkt. 52. On the same day, counsel for Plaintiff mailed and emailed Ms. Schirf (through counsel) a copy of the summons and First Amended Complaint.

| | | |
|---|---|---|
| Dated: November 1, 2024 | By: | /s/ Mark L. Javitch |
| | | Mark L. Javitch |
| | | Javitch Law Office |
| | | 3 East 3rd Ave. Ste. 200 |
| | | San Mateo CA 94401 |
| | | Telephone: (650) 781-8000 |
| | | Facsimile: (650) 248-0705 |
| | | mark@javitchlawoffice.com |

*Attorney for Plaintiff*