Mark L. Javitch (CA SBN 323729)
mark@javitchlawoffice.com
Javitch Law Office
3 East 3rd Ave Ste 200
San Mateo, CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 648-0705

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONEN HELMANN,<br><br>             Plaintiff,<br><br>   v.<br><br>CODE PINK WOMEN FOR PEACE, et al.,<br><br>             Defendants. | Case No.: 8:24-cv-05704-SVC-PVC<br><br>**DECLARATION OF MARK L. JAVITCH IN SUPPORT OF MOTION TO CONSOLIDATE CASES** |

I, Mark L. Javitch, hereby declare the following in support of Plaintiff's Motion to Consolidate:

1. I am an attorney duly licensed to practice in the State of California and before the District Court for the Central District of California.
2. I am competent to testify to the matters stated herein.
3. This declaration is based on personal knowledge of the matters set forth herein.
4. I am an attorney of record for Plaintiff in the instant matter.
5. *StandWithUs v. CodePink et al.* No. 2:24-cv-06253 is a very similar action to this case.

6. A true and correct copy of the *StandWithUs* complaint is attached as Exhibit "A"

7. I have met and conferred with counsel for Plaintiff in the *StandWithUs* case, and the *StandWithUs* Plaintiff consents and joins in the motion to consolidate.

8. On October 30, 2024, I emailed defendants' counsel requesting their position on the motion to consolidate by the close of business October 31, 2024. As of the time of this filing, however, I did not receive a final response.

I declare, under penalty of perjury, that the foregoing is true and correct. This declaration is executed on the date stated below in San Mateo, California.

Dated: November 4, 2024        By:   /s/ Mark L. Javitch
                                     Mark L. Javitch