1  Thomas B. Harvey, SBN 287198
   Law Offices of Thomas B. Harvey
2  365 E. Avenida de Los Arboles
   Suite 226
3  Thousand Oaks, CA 91360
   Telephone: (805)768-4440
4  tbhlegal@proton.me

5  Attorney for Defendants
   Remo Ibrahim and Courtney Schirf
6

7

8                 **UNITED STATES DISTRICT COURT**

9                 **CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| RONEN HELMANN, | Case No. 2:24-CV-05704-SVW-PVC |
| Plaintiff, | **JOINT STIPULATION AND (PROPOSED) ORDER REGARDING BRIEFING SCHEDULE AND THE MOTION TO CONSOLIDATE THIS CASE WITH 2:24-cv-06253** |
| vs. | |
| CODEPINK WOMEN FOR PEACE, a California entity, CODEPINK ACTION FUND, a California entity, HONOR THE EARTH, a Minnesota entity, COURTNEY LENNA SCHIRF, and, REMO IBRAHIM, d/b/a PALESTINIAN YOUTH MOVEMENT, and JOHN AND JANE DOES 1-20, | The Hon. Stephen V. Wilson |
| | Hearing Date: December 9, 2024 |
| | Time: 1:30 |
| Defendants. | |

- 1 -
STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE AND MOTIONS TO CONSOLIDATE

1. STANDWITHUS CENTER FOR LEGAL JUSTICE (hereinafter "SCLJ) and RONAN HELMANN have filed a motion to consolidate their cases (Dkt. 58). The motion is set to be heard on December 9, 2024.

2. SCLJ and RONAN HELMANN intend to file an amended complaint, either jointly (if the cases are consolidated) or independently if they are not.

3. At present, the deadline for COURTNEY SCHIRF to file a pleading responsive to HELMANN'S complaint is November 18, 2024. This would require SCHIRF to brief a motion to dismiss, HELMANN to draft and file its opposition, and it may, depending upon calendaring, require this Court to review the briefing regarding a complaint that HELMANN intends to amend.

4. At present, the deadline for REMO IBRAHIM to file a responsive pleading to HELMANN'S complaint is November 18, 2024. This would require IBRAHIM to brief a motion to dismiss, HELMANN to draft and file its opposition, and it may, depending upon calendaring, require this Court to review the briefing regarding a complaint that HELMANN intends to amend.

5. HELMANN, SCHIRF, AND IBRAHIM respectfully suggest that is not a good use of judicial resources and is also wasteful for the parties.

**HELMANN, SCHIRF, and IBRAHIM therefore agree as follows:**

SCHIRF AND IBRAHIM do not oppose Plaintiffs' Motion to Consolidate; and

SCHIRF AND IBRAHIM will have thirty (30) days from the filing of an amended or consolidated complaint in which to file its responsive pleading.

| | |
|---|---|
| Dated: November 15, 2024 | Respectfully submitted, |
| | **LAW OFFICE OF THOMAS B. HARVEY**<br>Thomas B. Harvey |
| | By: /s/ *Thomas B. Harvey*<br>Attorney for Defendant REMO IBRAHIM |
| Dated: November 15, 2024 | Respectfully submitted, |
| | **JAVITCH LAW OFFICE**<br>Mark L. Javitch |
| | By:     /s/*Mark L. Javitch*<br>Attorney for RONEN HELMANN |

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE AND MOTIONS TO CONSOLIDATE