UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:24-cv-05704-SVW-PVC<br>2:24-cv-06253-SVW-PVC | Date | November 25, 2024 |
|---|---|---|---|
| Title | Ronen Helmann v. Codepink Women for Peace et al<br>StandWithUs Center for Legal Justice v. CodePink et al | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | Maria Bustillos | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Mark Louis Javitch<br>Daniel Raphael Paluch<br>Dallin B. Holt<br>Edward M Wenger | Mark A. Kleiman<br>Collin Poirot<br>Thomas B. Harvey<br>Robert L. Herbst |

**Proceedings:** STATUS CONFERENCE
[40] MOTION to Strike PLAINTIFFS FIRST AMENDED COMPLAINT filed by Defendant;
[49] MOTION to Dismiss Defendants

Case called. The Court advises counsel that the purpose of this proceeding is to get a better understanding of what is involved in the case, and will not be addressing the motions.

Court and counsel confer. The hearing is concluded.

From the Court's standpoint, the purpose of the proceeding has been satisfied.

|  | : | 20/20 |
|---|---|---|
|  | Initials of Preparer | PMC |