UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:24-cv-05704-SVW-PVC<br>2:24-cv-06253-SVW-PVC | Date | November 26, 2024 |
|---|---|---|---|
| Title | Ronen Helmann v. Codepink Women for Peace et al<br>StandWithUs Center for Legal Justice v. CodePink et al | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**   IN CHAMBERS ORDER

   In light of the parties' various stipulations regarding deadlines to answer the complaint and the pending Motion to Consolidate, the Court stays all deadlines to answer the currently operative complaint until the Motion to Consolidate is decided. In its order on the Motion to Consolidate, the Court will provide further direction to the parties.

| | : |
|---|---|
| Initials of Preparer | PMC |