UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:24-cv-05704-SVW-PVC<br>2:24-cv-06253-SVW-PVC | Date | December 9, 2024 |
|---|---|---|---|
| Title | Ronen Helmann v. Codepink Women for Peace et al<br>StandWithUs Center for Legal Justice v. CodePink et al | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Paul M. Cruz | April Lassiter-Benson | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Mark Louis Javitch<br>Daniel Raphael Paluch<br>Dallin B. Holt<br>Edward M Wenger | Mark A. Kleiman<br>Collin Poirot<br>Numeriano Paulino Inumerable<br>Robert L. Herbst |

**Proceedings:**   [58] MOTION to Consolidate Cases, as to 2:24-cv-06253-SVW-PVC, filed by Plaintiff Ronen Helmann
[49] MOTION to Dismiss Defendant WesPac Foundation filed by Defendant;
[50] MOTION to Consolidate Cases, as to 2:24-cv-05704-SVW-PVC, filed by Plaintiff

The parties are granted four months to conduct discovery, to commence immediately.

The Court further grants leave to amend, within ten days.

A further status conference is set for April 14, 2025 at 1:30 p.m.

|   |   | : | 10/10 |
|---|---|---|---|
|   | Initials of Preparer | | PMC |