# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONEN HELMANN, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>CODEPINK WOMEN FOR PEACE, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:24-cv-05704-SVW-PVC<br><br>**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed: __1/9/2025__

Document No.: __74__

Title of Document: __DEFENDANT HONOR THE EARTHS NOTICE OF MOTION AND MOTION TO STRIKE AND DISMISS PLAINTIFFS SECOND AMENDED CLASS ACTION COMPLAINT__

**ERROR(S) WITH DOCUMENT:**

Incorrect event selected. Correct event to be used is: Motion to Dismiss Case

Proposed document was not submitted or was not submitted as a separate attachment.

Other:

**Note:** In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: January 10, 2025    By: /s/ *Alison Bandek  alison_bandek@cacd.uscourts.gov*
                                  Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

G-112A(06/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.