# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ronen Helmann,<br><br>PLAINTIFF(S)<br>v.<br>Codepink Women for Peace et al,<br><br>DEFENDANT(S). | CASE NUMBER:<br>2:24-cv-05704-SVW-PVC<br><br>ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| 01/09/2025 | 74 | MOTION to Dismiss |
|---|---|---|
| Date Filed | Document No. | Title of Document |

**IT IS HEREBY ORDERED:**

- ☑ The document is stricken
- ☐ The hearing date has been rescheduled to _____ at _____.
- ☐ A notice of interested parties shall be filed no later than 5 days from entry of this Order.
- ☐ Other:

Dated: 1/10/2025

By: /s/ Stephen V. Wilson

STEPHEN V. WILSON, U.S. District Judge

G-112B (07/24)         ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT