**ZAVALA LAW GROUP, P.C.**
Joe Inumerable, Esq. (Bar No. 144076)
Salomon Zavala, Esq. (Bar No. 243424)
Email: *szavala@zavalalawgroup.com*
811 W. 7th Street, Suite 1200
Los Angeles, CA 90017
Telephone: (213) 413-0144

Attorney for Defendant, HONOR THE EARTH

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| RONEN HELMANN, on behalf of all others similarly situated, and,<br><br>Plaintiffs,<br><br>vs.<br><br>CODEPINK WOMEN FOR PEACE, a California entity, CODEPINK ACTION FUND, a California entity, HONOR THE EARTH, a Minnesota entity, COURTNEY LENNA SCHIRF, and REMO IBRAHIM, d/b/a PALESTINIAN YOUTH MOVEMENT, and JOHN AND JANE DOES 1-20,<br><br>Defendants. | CASE NO. 2:24-CV-05704-SVW-PVC<br><br>*Assigned for all purposes to:*<br>*Honorable Stephen V. Wilson*<br><br>**DEFENDANT HONOR THE EARTH'S NOTICE OF MOTION AND MOTION TO STRIKE AND DISMISS PLAINTIFFS' SECOND AMENDED CLASS ACTION COMPLAINT**<br><br>Hearing Date: February 10, 2025<br>Time:           1:30 p.m.<br>Dept.:          Courtroom 10A<br><br>**SAC Filed: December 19, 2024**<br>**Trial Date: Not Set** |

## TO ALL PARTIES AND THEIR ATTORNEY OF RECORD:

This motion is made following the conference of counsel pursuant to L.R. 7-3 which, took place on January 3, 2025. PLEASE TAKE NOTICE that on February 10, 2025, these matters will be heard, at the First Street Courthouse,

1

**NOTICE OF MOTION AND MOTION TO STRIKE AND DISMISS PLAINTIFFS' SECOND AMENDED CLASS ACTION COMPLAINT**

| | |
|---|---|
| 1 | located at 350 W. 1st Street, Courtroom 10A, 10th Floor, Los Angeles, California |
| 2 | 90012 at 1:30 p.m.  Attorney for Defendant Honor the Earth (hereinafter "HTE") |
| 3 | will move the Court to strike and to dismiss the Second Amended Complaint |
| 4 | ("SAC") of Plaintiff, Ronen Helmann, on behalf of all others similarly situated, |
| 5 | and (hereinafter "Plaintiffs") naming HTE as a Defendant. |
| 6 |       The Motion to Strike is based upon Federal Rules of Civil Procedure, Rule |
| 7 | 12(f), as the language which HTE seeks to strike is both scandalous and speculative, |
| 8 | and is thus proper and appropriate to be stricken from the SAC. The Motion to |
| 9 | Dismiss is based on Federal Rule of Civil Procedure 12(b)(6) and12(b)(2), on the |
| 10 | basis that the SAC fails to state a claim against HTE and the Court lacks personal |
| 11 | jurisdiction over HTE. |
| 12 |       This Notice of Motion is based on the Motion to Strike and Dismiss Plaintiffs' |
| 13 | Second Amended Complaint and the Memorandum of Points and Authorities, along |
| 14 | with all papers and filings in this matter, all matters of which this Court takes judicial |
| 15 | notice, all Reply Memorandum of Points and Authorities, and upon such oral |
| 16 | argument as may be presented at the hearing. |
| 17 | Dated: January 9, 2025            Respectfully Submitted, |
| 18 |                            **ZAVALA LAW GROUP, P.C.** |
| 19 | |
| 20 |                              */s/ N. Joe Inumerable* |
| 21 |                             N. JOE INUMERABLE, ESQ.<br>                            Attorney for Defendant |
| 22 |                             HONOR THE EARTH |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**NOTICE OF MOTION AND MOTION TO STRIKE AND DISMISS PLAINTIFFS'
SECOND AMENDED CLASS ACTION COMPLAINT**

## PROOF OF SERVICE
### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is:

**ZAVALA LAW GROUP, P.C.**
811 W. 7th Street, Suite 1200
Los Angeles, CA 90017

On January 9, 2025, I served the foregoing document described as **DEFENDANT HONOR THE EARTH'S NOTICE OF MOTION AND MOTION TO STRIKE AND DISMISS PLAINTIFFS' SECOND AMENDED CLASS ACTION COMPLAINT** on the interested parties in this action via CM/ECF system following the Central District of California Local Rules for service upon the parties listed below:

Mark L. Javitch
Javitch Law Office
East 3rd Ave. Ste. 200
San Mateo, CA 94401
Email: mark@javitchlawoffice.com
Attorney for Plaintiffs

Dated: January 9, 2025                         _____
                                                              Lauren Stiles