**ZAVALA LAW GROUP, P.C.**
Joe Inumerable, Esq. (Bar No. 144076)
Salomon Zavala, Esq. (Bar No. 243424)
Email: *szavala@zavalalawgroup.com*
811 W. 7th Street, Suite 1200
Los Angeles, CA 90017
Telephone: (213) 413-0144

Attorney for Defendant, HONOR THE EARTH

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| RONEN HELMANN, on behalf of all others similarly situated, and,<br><br>Plaintiffs,<br><br>vs.<br><br>CODEPINK WOMEN FOR PEACE, a California entity, CODEPINK ACTION FUND, a California entity, HONOR THE EARTH, a Minnesota entity, COURTNEY LENNA SCHIRF, and REMO IBRAHIM, d/b/a PALESTINIAN YOUTH MOVEMENT, and JOHN AND JANE DOES 1-20,<br>          Defendants. | CASE NO. 2:24-CV-05704-SVW-PVC<br>*Honorable Stephen V. Wilson*<br>*Courtroom 10A*<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT HONOR THE EARTH'S MOTION TO STRIKE AND DISMISS PLAINTIFFS' SECOND AMENDED CLASS ACTION COMPLAINT**<br><br>Hearing Date: February 10, 2025<br>Time:         1:30 p.m.<br>Dept.: Courtroom 10A<br><br>**SAC Filed: December 19, 2024**<br>**Trial Date: Not Set** |

**[PROPOSED] ORDER GRANTING MOTION TO STRIKE AND DISMISS PLAINTIFFS' SECOND AMENDED CLASS ACTION COMPLAINT**

The Motion of Defendant HONOR THE EARTH to strike the allegations against it within the Second Amended Complaint under Fed. R. Civ. P. 12(f) and dismiss the Second Amended Complaint under Fed. R. Civ. P. 12(b)(2) and (6) for lack of personal jurisdiction and failure to state a claim came for hearing before this Court.

The Court, having heard from counsel, and having fully considered all briefing and argument of the Parties, and good cause having been shown, hereby grants HONOR THE EARTH's Motion to Dismiss Plaintiffs' Second Amended Complaint, with prejudice.

**IT IS SO ORDERED.**

DATED: _____      _____
       Hon. Stephen V. Wilson
       United States District Judge

1

**[PROPOSED] ORDER GRANTING MOTION TO STRIKE AND DISMISS PLAINTIFFS'
SECOND AMENDED CLASS ACTION COMPLAINT**

PROOF OF SERVICE
STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is:

**ZAVALA LAW GROUP, P.C.**

811 W. 7th Street, Suite 1200
Los Angeles, CA 90017

On January 10, 2025, I served the foregoing document described as **[PROPOSED] ORDER GRANTING DEFENDANT HONOR THE EARTH'S MOTION TO STRIKE AND DISMISS PLAINTIFFS' SECOND AMENDED CLASS ACTION COMPLAINT** on the interested parties in this action via CM/ECF system following the Central District of California Local Rules for service upon the parties listed below:

Mark L. Javitch (CA SBN 323729)
Javitch Law Office
3 East 3rd Ave. Ste. 200
San Mateo, CA 94401
Email: mark@javitchlawoffice.com
Attorney for Plaintiffs

Dated: January 10, 2025                    _____*Lauren Stiles*_____
                                                            Lauren Stiles