Mark L. Javitch (CA SBN 323729)
mark@javitchlawoffice.com
Javitch Law Office
3 East 3rd Ave. Ste. 200
San Mateo, CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 648-0705

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| RONEN HELMANN,<br><br>            Plaintiff,<br><br>   v.<br><br>CODEPINK WOMEN FOR PEACE, et al.,<br><br>            Defendants. | Case No.: 3:24-cv-05704-SVW-PVE<br><br>**STIPULATION TO ACCEPT SERVICE AND ACCEPT RESULT OF WESPAC'S MOTION IN RELATED CASE** |
|---|---|

Plaintiff RONEN HELMANN ("Plaintiff") and Defendant WESPAC FOUNDATION ("Defendant" or together, "Parties") by and through their respective attorneys, hereby agree and stipulate to the following:

WHEREAS, Plaintiff filed his Second Amended Complaint on December 19, 2024 (Dkt. 70);

WHEREAS, Defendant WESPAC FOUNDATION filed a motion to dismiss in a related case in this Court, *Pollak v. CodePink*, et al., No. 24-cv-06253. That motion is fully briefed;

WHEREAS, the Parties stipulate that the issues in both cases are functionally equivalent;

WHEREAS, it would conserve judicial resources for the Parties in this case to abide by the results of WESPAC FOUNDATION's motion to dismiss in *Pollak v. CodePink*, et al.;

WHEREAS, the Parties have not agreed to any other prior extensions of time in this action, and the Parties agree that this stipulation does not waive any right of the parties to agree to or request further extensions in this action.

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, pursuant to L.R. 7-1 and subject to the approval of the Court, that the deadline for WESPAC FOUNDATION to respond to the Second Amended Complaint, if any response is required, will be determined by the Court's resolution of Wespac's Motion to Dismiss in *Pollak v. CodePink*, et al.

Dated: January 24, 2025              JAVITCH LAW OFFICE

                            By:   */s/ Mark L. Javitch*
                                  Mark L. Javitch
                                  3 East 3rd Ave. Ste 200
                                  San Mateo CA 94401
                                  Tel: 650-781-8000
                                  Fax: 650-648-0705
                                  mark@javitchlawoffice.com

                                  Attorney for Plaintiff
                                  RONEN HELMANN

Dated: January 24, 2025              HERBST LAW PLLC

                                  */s/ Robert L. Herbst*
                                  Robert L. Herbst
                                  rherbst@herbstlawny.com
                                  420 Lexington Avenue, Suite 300
                                  New York, New York 10170
                                  Tel: 914-450-8163
                                  Fax: 888-482-4676

Attorneys for Defendant
WESPAC FOUNDATION

**NON-FILER SIGNATURE ATTESTATION**

I, Mark L. Javitch, hereby attest that concurrence in the filing of this document has been obtained from the above signatory.

Dated: January 24, 2025        /s/ Mark L. Javitch
                               Mark L. Javitch

STIPULATION TO ACCEPT SERVICE
AND ACCEPT RESULT OF WESPAC'S
MOTION IN RELATED CASE                    3              3:24-cv-05704-SVW-PVE