```
Mark L. Javitch (CA SBN 323729)
mark@javitchlawoffice.com
Javitch Law Office
3 East 3rd Ave. Ste. 200
San Mateo, CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 648-0705
```
*Attorney for Plaintiff*

```
Robert L. Herbst (NYSBN 1333194)
rherbst@herbstlawny.com
HERBST LAW PLLC
420 Lexington Avenue, Suite 300
New York, New York 10170
Tel: 914-450-8163 / Fax: 888-482-4676
```
*Attorneys for Defendant*
*WESPAC FOUNDATION*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONEN HELMANN,<br><br>    Plaintiff,<br><br>    v.<br><br>CODEPINK WOMEN FOR PEACE, et al.,<br><br>    Defendants. | Case No.: 3:24-cv-05704-SVW-PVE<br><br>**STIPULATION TO ACCEPT SERVICE AND ACCEPT RESULT OF WESPAC'S MOTION IN RELATED CASE** |

**IT IS HEREBY STIPULATED AND AGREED**, pursuant to L.R. 7-1 and subject to the approval of the Court, by and between Plaintiff RONEN HELMANN ("Plaintiff") and Defendant WESPAC Foundation ("Defendant" or "WESPAC", and together, the "Parties") by and through their respective attorneys, that:

1. Plaintiff filed his Second Amended Complaint on December 19, 2024 (Dkt. 70);

2. Defendant agrees herein to accept service of the Second Amended Complaint;

3. Defendant filed a motion to dismiss the First Amended Complaint in the related case in this Court, *Pollak v. CodePink*, et al., No. 24-cv-06253. That motion is fully briefed;

4. The issues in both complaints and cases are functionally equivalent;

5. It would conserve judicial resources for the Parties in this case to abide by the results of WESPAC Foundation's motion to dismiss in *Pollak v. CodePink*, et al., without separate or additional briefing in this case;

6. If Defendant's Motion to Dismiss in *Pollak* is granted, Plaintiff's Second Amended Complaint against Defendant in this case shall be dismissed, and Defendant shall not be required to respond to the Second Amended Complaint.

7. If Defendant's Motion to Dismiss in *Pollak* is denied, the deadline for Defendant to respond to the Second Amended Complaint subsequently shall be determined by the Parties, with the approval of the Court.

Dated: January 24, 2025

JAVITCH LAW OFFICE

By: */s/ Mark L. Javitch*
Mark L. Javitch
3 East 3rd Ave. Ste 200
San Mateo CA 94401
Tel: 650-781-8000
Fax: 650-648-0705
mark@javitchlawoffice.com

Attorney for Plaintiff
RONEN HELMANN

| | | |
|---|---|---|
| 1 | Dated: January 24, 2025 | HERBST LAW PLLC |
| 2 | | /s/ *Robert L. Herbst* |
| 3 | | Robert L. Herbst |
| | | rherbst@herbstlawny.com |
| 4 | | 420 Lexington Avenue, Suite 300 |
| 5 | | New York, New York 10170 |
| | | Tel: 914-450-8163 |
| 6 | | Fax: 888-482-4676 |

Attorneys for Defendant
WESPAC Foundation

### NON-FILER SIGNATURE ATTESTATION

I, Mark L. Javitch, hereby attest that concurrence in the filing of this document has been obtained from the above signatory.

Dated:  January 24, 2025                     /s/ Mark L. Javitch
                                             Mark L. Javitch

---

STIPULATION TO ACCEPT SERVICE AND ACCEPT RESULT OF WESPAC'S MOTION IN RELATED CASE       3       3:24-cv-05704-SVW-PVE