UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONEN HELMANN, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>CODEPINK, et al.,<br><br>    Defendants. | Case No.: 2:24-cv-05704-SVW-PVC<br><br>**[PROPOSED] ORDER** |

Plaintiff RONEN HELMANN and Defendant WESPAC FOUNDATION stipulate that the issues are functionally equivalent and to abide by the Court's resolution of WESPAC FOUNDATION's motion to dismiss in the related case *Pollak v. CodePink*, et al. The Court hereby GRANTS the stipulation.

**IT IS SO ORDERED.**

DATED: _____, 2025

_____
Honorable Stephen V. Wilson
United States District Court Judge