1  Thomas B. Harvey (SBN 287198)
   tbhlegal@proton.me
2  LAW OFFICES OF THOMAS B. HARVEY
   365 E. Avenida de Los Arboles
3  Suite 226
   Thousand Oaks, CA 91360
4  (805)768-4440

5  Attorney for Defendants
   PALESTINIAN YOUTH MOVEMENT
6  COURTNEY LENNA SCHIRF
   REMO IBRAHIM
7
                    UNITED STATES DISTRICT COURT
8          FOR THE CENTRAL DISTRICT OF CALIFORNIA
                        WESTERN DIVISION
9

10  RONEN HELMANN, on behalf of          Case No. 2:24-cv-05704-SVW-PVC
    all others similarly situated, and,
11
12            Plaintiffs,                 NOTICE OF ERRATA TO
                                          DEFENDANTS PALESTINIAN YOUTH
13       v.                               MOVEMENT, COURTNEY LENNA
                                          SCHIRF, AND REMO IBRAHIM'S
14                                        NOTICE OF MOTION AND MOTION
    CODEPINK WOMEN FOR                    TO DISMISS PLAINTIFFS' SECOND
15  PEACE, a California entity;           AMENDED COMPLAINT
    CODEPINK ACTION FUND, a
16  California entity; HONOR THE
    EARTH, a Minnesota entity;           Judge:  Hon Stephen V. Wilson
17  COURTNEY LENNA SCHIRF;               Hearing Date:  March 3, 2025
    REMO IBRAHIM, d/b/a                   Time:          1:30 p.m.
18  PALESTINIAN YOUTH                     Courtroom:     10A
    MOVEMENT; and JOHN AND
19  JANE DOES 1-100,
20
              Defendants.
21
22
23
24
25
26
27
28
                                       1
    DEFENDANTS' PALESTINIAN YOUTH MOVEMENT, COURTNEY SCHIRF, AND REMO IBRAHIM'S
    ERRATA TO ITS NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED CLASS
                                ACTION COMPLAINT

# NOTICE OF ERRATA

Counsel for Defendants Palestinian Youth Movement, Courtney Schirf, and Remo Ibrahim respectfully submits this errata to its previously corrected Notice of Motion and Memorandum in On Points and Authorities In Support of Defendants' Motion to Dismiss Plaintiffs' Second Amended Class Action Complaint ("Motion to Dismiss") which was filed on January 21, 2025, at Docket No. 79.

After Palestinian Youth Movement Defendants filed their motions to dismiss counsel for Plaintiff Pollak pointed out that we had omitted the certification required by L.R. 11-6.2 and that the memorandum exceeded the word limit required by L.R. 11-6.1.  PYM Defendants therefore file this corrected brief rectifying the omission and error. No new arguments have been added to this Corrected brief.

Counsel for PYM Defendants apologize for this error.

Respectfully submitted,

Dated:  January 27, 2025          LAW OFFICES OF THOMAS B. HARVEY

By:__/s/___Thomas B. Harvey_____
       Thomas B. Harvey

Attorney for Defendants
PALESTINIAN YOUTH MOVEMENT
COURTNEY LENNA SCHIRF
REMO IBRAHIM

DEFENDANTS' PALESTINIAN YOUTH MOVEMENT, COURTNEY SCHIRF, AND REMO IBRAHIM'S ERRATA TO ITS NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT