UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:24-cv-05704-SVW-PVC<br>2:24-cv-06253-SVW-PVC | Date | March 3, 2025 |
|---|---|---|---|
| Title | Ronen Helmann v. Codepink Women for Peace et al<br>StandWithUs Center for Legal Justice v. CodePink et al | | |

Present: The Honorable   STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | Laura Elias | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:

Mark Louis Javitch
Daniel Raphael Paluch
Dallin B. Holt
Jason B Torchinsky

Attorneys Present for Defendants:

Mark A. Kleiman
Thomas B. Harvey

**Proceedings:**   [86] MOTION to Dismiss Case Plaintiffs' Second Amended Complaint filed by defendant;
[88] MOTION to Dismiss PLAINTIFF'S SECOND AMENDED CLASS ACTION COMPLAINT filed by Defendants;
[96] MOTION to Dismiss Case Plaintiffs' First Amended Complaint filed by defendant; and
[98] MOTION to Dismiss PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT filed by Defendants

Hearing held. The motions are submitted. Order to issue.

                                                                                     :   11/11

                                                  Initials of Preparer    PMC