Mark L. Javitch (CA SBN 323729)
mark@javitchlawoffice.com
Javitch Law Office
3 East 3rd Ave. Ste. 200
San Mateo, CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 300-0343

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONEN HELMANN, an individual,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CODEPINK WOMEN FOR PEACE, a California entity; CODEPINK ACTION FUND, a California entity,<br><br>　　　　　　Defendants. | Case No.: 2:24-cv-05704-SVW-PVC<br><br>**STIPULATION OF DISMISSAL** |

　　　Now Comes Plaintiff RONEN HELMANN, and CODEPINK WOMEN FOR PEACE, and CODEPINK ACTION FUND, a California entity, by and through their respective attorneys, and pursuant to Rule 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all claims without prejudice, with each side bearing their own costs and attorney's fees.

Dated: December 29, 2025          Respectfully submitted,

                                        Javitch Law Office

By:  /s/ Mark L. Javitch
       Mark L. Javitch

*Attorney for Plaintiff*
*RONEN HELLMAN*


KLEIMAN / RAJARAM

By:  [signature]
       Mark Kleiman

*Attorneys for Defendants CODEPINK*
*WOMEN FOR PEACE and CODEPINK*
*ACTION FUND*