**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RONEN HELMANN, individually and on behalf of all others similarly situated, | Case No. 2:24-cv-05704-SVW-PVC |
| Plaintiff-Appellant, | Hon. Stephen V. Wilson United States District Judge |
| v. | NOTICE OF APPEAL |
| CODEPINK WOMEN FOR PEACE; PALESTINIAN YOUTH MOVEMENT; REMO IBRAHIM; COURTNEY LENNA SCHIRF; and DOES 1–10, | [Filed concurrently with: Representation Statement; Proof of Service] |
| Defendants-Appellees. | |

PLEASE TAKE NOTICE that Plaintiff-Appellant Ronen Helmann, individually and on behalf of all others similarly situated, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the **Order Granting Defendants' Motion to Dismiss Third Amended Complaint with Prejudice** as to Defendants Palestinian Youth Movement ("PYM"), Remo Ibrahim, and Courtney Lenna Schirf (collectively, "PYM Defendants"), entered August 13, 2025, as ECF No. 126 in the above-captioned action.

This appeal is taken pursuant to 28 U.S.C. § 1291 and Federal Rules of Appellate Procedure 3 and 4(a). When entered on August 13, 2025, ECF No. 126 was an interlocutory order: it dismissed fewer than all parties, and no Rule 54(b) certification was issued. ECF No. 126 ripened into a final, appealable judgment when the remaining claims in this action were dismissed by the parties' Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), filed approximately December 29, 2025 (the "Stipulation Date"). Because no separate judgment document was entered, judgment is deemed entered for purposes of this appeal 150 days after the Stipulation Date, pursuant to Federal Rule of Appellate Procedure

4(a)(7)(A)(ii). Plaintiff files this Notice of Appeal pursuant to Federal Rule of Appellate

Procedure 4(a)(2) as a protective notice prior to the deemed entry of judgment, and this Notice

shall become effective upon such deemed entry.

This appeal encompasses all rulings adverse to Plaintiff-Appellant reflected in or subsumed

by ECF No. 126, including: (1) the Court's holding that PYM's social media post does not

plausibly constitute a "threat of force" under the Freedom of Access to Clinic Entrances Act, 18

U.S.C. § 248 ("FACE Act"), applying an erroneous legal standard derived from *United States v.*

*Bagdasarian*, 652 F.3d 1113 (9th Cir. 2011); (2) the Court's failure to analyze PYM's

independent liability for attempting to interfere with religious worship by physical obstruction

under 18 U.S.C. § 248(a)(2); (3) the Court's analysis of PYM's organizational liability

exclusively through respondeat superior, to the exclusion of direct organizational participation,

concert of action, and the civil rights statutes' presumptive respondeat superior standard; (4) the

Court's application of an erroneous ratification standard derived from California commercial law

rather than federal agency law; (5) the Court's dismissal of Ibrahim and Schirf as individuals,

including the dismissal of Schirf notwithstanding the Court's own holding that the

communication she personally published constitutes a plausible true threat; and (6) the Court's

dismissal of all claims with prejudice without separately analyzing whether each independent

theory of liability was incurably deficient.

**The parties and their counsel are as follows:**

| Party | Role | Counsel |
|---|---|---|
| Ronen Helmann | Plaintiff-Appellant | Mark L. Javitch (CA SBN 323729) Javitch Law Office 3 East 3rd Ave., Ste. 200 San Mateo, CA 94401 Tel: (650) 781-8000 Fax: (650) 300- |

| | | |
|---|---|---|
| | | 0343 mark@javitchlawoffice.com |
| Palestinian Youth Movement | Defendant-Appellee | Thomas B. Harvey (CA SBN 287198) Law Offices of Thomas B. Harvey 365 E. Avenida de Los Arboles, Suite 226 Thousand Oaks, CA 91360 Tel: (805) 768-4440 tbhlegal@proton.me |
| Remo Ibrahim | Defendant-Appellee | Thomas B. Harvey (CA SBN 287198) Law Offices of Thomas B. Harvey 365 E. Avenida de Los Arboles, Suite 226 Thousand Oaks, CA 91360 Tel: (805) 768-4440 tbhlegal@proton.me |
| Courtney Lenna Schirf | Defendant-Appellee | Thomas B. Harvey (CA SBN 287198) Law Offices of Thomas B. Harvey 365 E. Avenida de Los Arboles, Suite 226 Thousand Oaks, CA 91360 Tel: (805) 768-4440 tbhlegal@proton.me |

Dated: June 2, 2026

Respectfully submitted,

**JAVITCH LAW OFFICE**

By: /s/ Mark L. Javitch
Mark L. Javitch (CA SBN 323729)
3 East 3rd Ave., Ste. 200
San Mateo, California 94401
Telephone: (650) 781-8000
Facsimile: (650) 300-0343
mark@javitchlawoffice.com

Attorney for Plaintiff-Appellant Ronen Helmann
and All Others Similarly Situated