**UNITED STATES COURT OF APPEALS**
**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| RONEN HELMANN, individually and on behalf of all others similarly situated, | Ninth Circuit Case No. [_____] |
| Plaintiff-Appellant, | District Court Case No. 2:24-cv-05704-SVW-PVC (C.D. Cal.) |
| v. | |
| PALESTINIAN YOUTH MOVEMENT; REMO IBRAHIM; COURTNEY LENNA SCHIRF, | REPRESENTATION STATEMENT (Ninth Circuit Rule 12-2) |
| Defendants-Appellees. | |

Pursuant to Ninth Circuit Rule 12-2, undersigned counsel for Plaintiff-Appellant Ronen Helmann submits this Representation Statement identifying all parties to the action and the names, addresses, and telephone numbers of their respective counsel.

## I.    PLAINTIFF-APPELLANT

Party:

Ronen Helmann, individually and on behalf of all others similarly situated

Counsel:

Mark L. Javitch (CA SBN 323729)
JAVITCH LAW OFFICE
3 East 3rd Ave., Ste. 200
San Mateo, California 94401
Telephone: (650) 781-8000
Facsimile: (650) 300-0343
mark@javitchlawoffice.com

## II.    DEFENDANTS-APPELLEES

Party:      Palestinian Youth Movement
            Unincorporated association
Counsel:
      Thomas B. Harvey (CA SBN 287198)

LAW OFFICES OF THOMAS B. HARVEY
365 E. Avenida de Los Arboles, Suite 226
Thousand Oaks, California 91360
Telephone: (805) 768-4440
tbhlegal@proton.me

Party:       Remo Ibrahim
             Individual; PYM Los Angeles Chapter Head
Counsel:

Thomas B. Harvey (CA SBN 287198)
LAW OFFICES OF THOMAS B. HARVEY
365 E. Avenida de Los Arboles, Suite 226
Thousand Oaks, California 91360
Telephone: (805) 768-4440
tbhlegal@proton.me

Party:       Courtney Lenna Schirf
             Individual; published CodePink's inverted red triangle post
Counsel:

Thomas B. Harvey (CA SBN 287198)
LAW OFFICES OF THOMAS B. HARVEY
365 E. Avenida de Los Arboles, Suite 226
Thousand Oaks, California 91360
Telephone: (805) 768-4440
tbhlegal@proton.me

## III.    JURISDICTIONAL NOTE

As explained in the concurrently filed Notice of Appeal, the order being appealed (ECF No. 126, August 13, 2025) was interlocutory when entered because it dismissed fewer than all parties without Rule 54(b) certification. It ripened into a final judgment upon the filing of the parties' Stipulation of Dismissal of the remaining claims under FRCP 41(a)(1)(A)(ii). Because no separate judgment document was entered, judgment is deemed entered 150 days after the Stipulation Date pursuant to Federal Rule of Appellate Procedure 4(a)(7)(A)(ii). This Notice of Appeal is filed pursuant to FRAP 4(a)(2) as a protective notice and becomes effective upon deemed entry of judgment.

Dated: June 2, 2026

Respectfully submitted,

**JAVITCH LAW OFFICE**

By: /s/ Mark L. Javitch
Mark L. Javitch (CA SBN 323729)
Attorney for Plaintiff-Appellant Ronen Helmann
and All Others Similarly Situated