**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RONEN HELMANN, individually and on behalf of all others similarly situated, | Case No. 2:24-cv-05704-SVW-PVC |
| Plaintiff-Appellant, | PROOF OF SERVICE |
| v. | |
| CODEPINK WOMEN FOR PEACE; PALESTINIAN YOUTH MOVEMENT; REMO IBRAHIM; COURTNEY LENNA SCHIRF; and DOES 1–10, | |
| Defendants-Appellees. | |

**PROOF OF SERVICE BY CM/ECF AND/OR U.S. MAIL**

I, Mark L. Javitch, am employed in the County of San Mateo, State of California. I am over the age of 18 and not a party to the within action. My business address is 3 East 3rd Ave., Ste. 200, San Mateo, California 94401.

On June 2, 2026, I caused to be served the following documents:

1.      NOTICE OF APPEAL;
2.      REPRESENTATION STATEMENT (Ninth Circuit Rule 12-2); and
3.      PROOF OF SERVICE.

**By CM/ECF:**  I electronically filed the foregoing document(s) with the Clerk of the United States District Court for the Central District of California by using the Court's CM/ECF system. All registered CM/ECF participants will be served electronically, including the following counsel of record:

Thomas B. Harvey
LAW OFFICES OF THOMAS B. HARVEY
365 E. Avenida de Los Arboles, Suite 226
Thousand Oaks, California 91360

tbhlegal@proton.me
Attorney for Defendants-Appellees Palestinian Youth Movement, Remo Ibrahim, and Courtney Lenna Schirf

**By U.S. Mail (if applicable):**  For any party or counsel not registered with CM/ECF, I caused a true and correct copy of the foregoing to be deposited in the United States mail, first class postage prepaid, addressed as follows: None. All counsel of record are registered CM/ECF participants and were served electronically.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 2, 2026, at San Mateo, California.


/s/ Mark L. Javitch
Mark L. Javitch