Mark L. Javitch (CA SBN 323729)
Javitch Law Office
3 East 3rd Ave. Ste 200
San Mateo, CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 300-0343
mark@javitchlawoffice.com

*Attorney for Plaintiff*
and the Putative Class

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONEN HELMANN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CODEPINK WOMEN FOR PEACE, a California entity; and CODEPINK ACTION FUND, a California entity,<br><br>Defendants. | Case No.:  2:24-cv-05704-SVW-PVC<br><br>**DECLARATION OF MARK L. JAVITCH IN SUPPORT OF PLAINTIFF'S MOTION TO SET ASIDE VOLUNTARY DISMISSAL OF THE CODEPINK DEFENDANTS AND FOR ENTRY OF FINAL JUDGMENT**<br><br>Date: August 3, 2026<br>Time: 1:30 p.m.<br>Courtroom: 10A, 1st Street Courthouse<br>Judge: Hon. Stephen V. Wilson |

I, Mark L. Javitch, declare:

1.  I am an attorney licensed to practice law in the State of California and admitted to practice before this Court. I am counsel of record for Plaintiff Ronen Helmann in this action. I have personal knowledge of the facts stated in this declaration and, if called as a witness, could and would testify competently to them.

2.  I submit this declaration in support of Plaintiff's Motion to Set Aside the Voluntary Dismissal of the CodePink Defendants Without Prejudice and for Entry of Final Judgment, and to describe the efforts made to comply with Local Rule 7-3.

3.  Attached as Exhibit A is a true and correct copy of the order to show cause issued by the United States Court of Appeals for the Ninth Circuit in the appeal of this action, directing Plaintiff to show cause why the appeal should not be dismissed for lack of jurisdiction.

4.  On June 23, 2026, I contacted counsel for the CodePink Defendants by electronic mail and requested a conference of counsel regarding the relief sought in the contemplated motion, including the proposed conversion of the dismissal of the CodePink Defendants to a dismissal with prejudice and the entry of final judgment resolving all claims in this action.

5.  As of the date of this declaration, counsel for the CodePink Defendants has not responded to my request and has not stated a position on the relief sought.

6. Because counsel for the CodePink Defendants has not responded, the parties have not reached a resolution that would eliminate the necessity for this motion.

I declare under penalty of perjury that the foregoing is true and correct. Executed on the date stated below at San Mateo, California.

Dated: July 6, 2026

/s/ Mark L. Javitch
Mark L. Javitch