# EXHIBIT A

Order to Show Cause

United States Court of Appeals for the Ninth Circuit

*Ronen Helmann v. Palestinian Youth Movement, No. 26-3604*

Docket Entry 4.1  —  Filed June 15, 2026

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 15 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RONEN HELMANN, on behalf of all others similarly situated, and, <br><br> Plaintiff - Appellant, <br><br> JUDIT MAULL and CAMERON HIGBY, <br><br> Plaintiffs, <br><br> v. <br><br> PALESTINIAN YOUTH MOVEMENT; et al., <br><br> Defendants - Appellees, <br><br> CODEPINK: WOMEN FOR PEACE, a California entity; et al., <br><br> Defendants. | No. 26-3604 <br><br> D.C. No. <br> 2:24-cv-05704-SVW-PVC <br> Central District of California, <br> Los Angeles <br><br> ORDER |

"[W]hen a party that has suffered an adverse partial judgment subsequently dismisses any remaining claims without prejudice, and does so without the approval and meaningful participation of the district court, this court lacks jurisdiction under 28 U.S.C. § 1291." *Galaza v. Wolf*, 954 F.3d 1267, 1272 (9th Cir. 2020). This court may therefore lack jurisdiction over this appeal.

Within 21 days, appellant must either file a motion to voluntarily dismiss this appeal or file a statement explaining why it should not be dismissed. If appellant does not do so, the court will dismiss the appeal. *See* 9th Cir. R. 42-1.

If appellant files a statement, appellees may file a response within 10 days. Briefing is stayed.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT