UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONEN HELMANN, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> CODEPINK WOMEN FOR PEACE, a California entity; and CODEPINK ACTION FUND, a California entity, <br><br> Defendants. | Case No.:  2:24-cv-05704-SVW-PVC <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO SET ASIDE VOLUNTARY DISMISSAL OF THE CODEPINK DEFENDANTS AND FOR ENTRY OF FINAL JUDGMENT** |

The Court, having considered Plaintiff's Motion to Set Aside the Voluntary Dismissal of the CodePink Defendants Without Prejudice and for Entry of Final Judgment, and good cause appearing, ORDERS as follows:

1.  The stipulated voluntary dismissal of the CodePink Defendants entered without prejudice on December 29, 2025 [ECF No. 132] is SET ASIDE under Federal Rule of Civil Procedure 60(b).

2.  Plaintiff's claims against the CodePink Defendants are DISMISSED WITH PREJUDICE, with each party to bear its own fees and costs.

3.  All claims against all parties in this action having been resolved—the claims against the Palestinian Youth Movement Defendants having been dismissed with prejudice by the Court's Order of August 13, 2025 [ECF No. 126], and the claims against the CodePink Defendants having been dismissed with prejudice by this Order—the Clerk

is directed to enter FINAL JUDGMENT under Federal Rule of Civil Procedure 58 and to close the case.

**IT IS SO ORDERED**.

Dated: _____

_____
Hon. Stephen V. Wilson
United States District Judge