UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

RONEN HELMANN, individually and on behalf of all others similarly situated,

Plaintiff,

v.

CODEPINK WOMEN FOR PEACE, a California entity; and CODEPINK ACTION FUND, a California entity,

Defendants.

Case No.:  2:24-cv-05704-SVW-PVC

**[PROPOSED] JUDGMENT**

All claims in this action having been resolved, and the Court having dismissed all claims against all parties with prejudice, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

1. Judgment is entered in favor of Defendants Palestinian Youth Movement, Remo Ibrahim, Courtney Lenna Schirf, CodePink Women for Peace, and CodePink Action Fund, and against Plaintiff Ronen Helmann.

2. Plaintiff Ronen Helmann shall take nothing by way of his claims in this action, all of which are dismissed with prejudice.

3. Each party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: _____

_____
Hon. Stephen V. Wilson
United States District Judge