Mark L. Javitch (CA SBN 323729)
Javitch Law Office
3 East 3rd Ave. Ste 200
San Mateo, CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 300-0343
mark@javitchlawoffice.com

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONEN HELMANN, <br><br>      Plaintiff, <br><br>    v. <br><br> CODEPINK WOMEN FOR PEACE, a California entity; and CODEPINK ACTION FUND, a California entity, <br><br>     Defendants. | Case No.:  2:24-cv-05704-SVW-PVC <br><br> **NOTICE OF NON-OPPOSITION AND REQUEST TO VACATE HEARING AND SUBMIT MOTION ON THE PAPERS; OR, IN THE ALTERNATIVE, TO CONTINUE THE HEARING** <br><br> Date: August 3, 2026 <br> Time: 1:30 p.m. <br> Courtroom: 10A, 1st Street Courthouse <br> Judge: Hon. Stephen V. Wilson |

Notice of Non-Opposition        1        Case No. 2:24-cv-05704-SVW-PVC

Plaintiff Ronen Helmann respectfully submits this Notice of Non-Opposition and requests that the Court vacate the hearing set for August 3, 2026, and submit Plaintiff's Motion to Set Aside the Voluntary Dismissal of the CodePink Defendants and for Entry of Final Judgment (the "Motion") for decision on the papers.

1. Plaintiff filed the Motion on July 6, 2026, and noticed it for hearing on August 3, 2026, at 1:30 p.m. ECF No. 135.

2. Under Local Rule 7-9, any opposition to the Motion was due not later than twenty-one days before the hearing, or July 13, 2026. The CodePink Defendants did not file any opposition or notice of non-opposition by that deadline. This silence is consistent with counsel's unanswered June 23, 2026 request to hold a conference of counsel under Local Rule 7-3 regarding the Motion, as set forth in the accompanying Declaration of Mark L. Javitch.

3. Under Local Rule 7-12, the failure to file a timely opposition may be deemed consent to the granting of the Motion.

4. Because the Motion is unopposed, oral argument is unnecessary, and Plaintiff respectfully requests that the Court take the Motion under submission and decide it on the papers without oral argument. See Local Rule 7-15.

5. Separately, counsel for Plaintiff is scheduled to appear at a previously set settlement conference in another matter at the same date and time as the August 3, 2026

hearing, as set forth in the accompanying Declaration of Mark L. Javitch. This conflict provides additional good cause to vacate the hearing.

6. In the alternative, if the Court prefers to hear oral argument on the Motion, Plaintiff respectfully requests that the Court continue the hearing by one week, to August 10, 2026, at 1:30 p.m., or to such other date as the Court directs, to accommodate counsel's conflicting settlement conference.

For these reasons, Plaintiff respectfully requests that the Court vacate the August 3, 2026 hearing and take the Motion under submission on the papers or, in the alternative, continue the hearing to August 10, 2026.

Dated: July 17, 2026

Respectfully submitted,

JAVITCH LAW OFFICE

By:  /s/ Mark L. Javitch
Mark L. Javitch (CA SBN 323729)
Javitch Law Office
3 East 3rd Ave. Ste. 200
San Mateo CA 94401
Phone: (650) 781-8000
Email: mark@javitchlawoffice.com

Attorney for Plaintiff Ronen Helmann