Mark L. Javitch (CA SBN 323729)
Javitch Law Office
3 East 3rd Ave. Ste 200
San Mateo, CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 300-0343
mark@javitchlawoffice.com

*Attorney for Plaintiff*
and the Putative Class

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

RONEN HELMANN,

                    Plaintiff,

        v.

CODEPINK WOMEN FOR PEACE, a
California entity; and CODEPINK
ACTION FUND, a California entity,

                    Defendants.

Case No.:  2:24-cv-05704-SVW-PVC

**DECLARATION OF MARK L. JAVITCH IN SUPPORT OF NOTICE OF NON-OPPOSITION AND REQUEST TO VACATE HEARING**

Date: August 3, 2026
Time: 1:30 p.m.
Courtroom: 10A, 1st Street Courthouse
Judge: Hon. Stephen V. Wilson

I, Mark L. Javitch, declare:

1.  I am an attorney licensed to practice law in the State of California and admitted to practice before this Court. I am counsel of record for Plaintiff Ronen Helmann in this action. I have personal knowledge of the facts stated in this declaration and, if called as a witness, could and would testify competently to them.

2.  I submit this declaration in support of Plaintiff's Notice of Non-Opposition and Request to Vacate Hearing and Submit Motion on the Papers or, in the Alternative, to Continue the Hearing.

3.  On June 23, 2026, I contacted counsel for the CodePink Defendants by electronic mail to request a conference of counsel under Local Rule 7-3 regarding the relief sought in the Motion. Counsel for the CodePink Defendants did not respond, and I was therefore unable to hold the conference. The CodePink Defendants likewise did not file any opposition or notice of non-opposition to the Motion by the July 13, 2026 deadline under Local Rule 7-9.

4.  I am scheduled to appear at a settlement conference in another matter, Dadisho v. FBI, No. 3:24-cv-00636-BTM-DEB (S.D. Cal.) before Hon. Daniel Butcher, on August 3, 2026, at 1:30 p.m.—the same date and time as the hearing on the Motion, which is set for August 3, 2026, at 1:30 p.m. As the sole attorney on both of these cases, I am unable to appear at both.

5. For these reasons, Plaintiff requests that the Court vacate the hearing and decide the Motion on the papers or, in the alternative, continue the hearing by one week to August 10, 2026.

I declare under penalty of perjury that the foregoing is true and correct. Executed on the date stated below at San Mateo, California.

Dated: July 17, 2026

/s/ Mark L. Javitch
Mark L. Javitch