UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONEN HELMANN,<br><br>                     Plaintiff,<br><br>       v.<br><br>CODEPINK WOMEN FOR PEACE, a California entity; and CODEPINK ACTION FUND, a California entity,<br><br>                     Defendants. | Case No.:  2:24-cv-05704-SVW-PVC<br><br>**[PROPOSED] ORDER VACATING HEARING AND TAKING MOTION UNDER SUBMISSION** |

Having considered Plaintiff's Notice of Non-Opposition and the accompanying Declaration of Mark L. Javitch, and good cause appearing, IT IS HEREBY ORDERED as follows:

1. The hearing on Plaintiff's Motion to Set Aside the Voluntary Dismissal of the CodePink Defendants and for Entry of Final Judgment, currently set for August 3, 2026, is VACATED.

2. The Motion is taken under submission for decision on the papers pursuant to Local Rule 7-15.

IT IS SO ORDERED.

Dated: _____

_____

Hon. Stephen V. Wilson
United States District Judge