UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

RONEN HELMANN,

               Plaintiff,

    v.

CODEPINK WOMEN FOR PEACE, a California entity; and CODEPINK ACTION FUND, a California entity,

               Defendants.

Case No.:  2:24-cv-05704-SVW-PVC

**[PROPOSED] ORDER CONTINUING HEARING**

Having considered Plaintiff's Notice of Non-Opposition and the accompanying Declaration of Mark L. Javitch, and good cause appearing, IT IS HEREBY ORDERED that the hearing on Plaintiff's Motion to Set Aside the Voluntary Dismissal of the CodePink Defendants and for Entry of Final Judgment, currently set for August 3, 2026, is CONTINUED to August 10, 2026, at 1:30 p.m.

IT IS SO ORDERED.

Dated: _____

_____
Hon. Stephen V. Wilson
United States District Judge