Mark L. Javitch (CA SBN 323729)
Javitch Law Office
3 East 3rd Ave. Ste 200
San Mateo, CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 300-0343
mark@javitchlawoffice.com

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONEN HELMANN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CODEPINK WOMEN FOR PEACE, a California entity; and CODEPINK ACTION FUND, a California entity,<br><br>　　　　　　Defendants. | Case No.:  2:24-cv-05704-SVW-PVC<br><br>**NOTICE OF LODGING [PROPOSED] JUDGMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 58**<br><br>Judge: Hon. Stephen V. Wilson |

Plaintiff Ronen Helmann hereby lodges the [Proposed] Judgment attached hereto and respectfully requests that the Court enter it.

1.  On July 22, 2026, the Court granted Plaintiff's Motion to Set Aside the Voluntary Dismissal of the CodePink Defendants and for Entry of Final Judgment [ECF No. 135], and vacated the hearing set for August 3, 2026. [ECF No. 137.]

2.  Concurrently with the Motion, Plaintiff lodged a [Proposed] Judgment. [ECF No. 135.]

3.  Federal Rule of Civil Procedure 58(a) requires that every judgment be set out in a separate document. The Court's order granting the Motion does not itself constitute the separate document required by Rule 58(a).

4.  Under Federal Rule of Civil Procedure 58(d), a party may request that judgment be set out in a separate document as required by Rule 58(a).

5.  All claims against all parties in this action have been resolved: the claims against the Palestinian Youth Movement Defendants were dismissed with prejudice by the Court's Order of August 13, 2025 [ECF No. 126], and the claims against the CodePink Defendants have been dismissed with prejudice pursuant to the Court's Order of July 22, 2026 [ECF No. 137].

6.  Plaintiff therefore lodges the attached [Proposed] Judgment and respectfully requests that the Court enter it.

Dated: July 28, 2026

Respectfully submitted,

JAVITCH LAW OFFICE

By: /s/ Mark L. Javitch
Mark L. Javitch (CA SBN 323729)

Attorney for Plaintiff Ronen Helmann