UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONEN HELMANN,<br><br>          Plaintiff,<br><br>    v.<br><br>CODEPINK WOMEN FOR PEACE, a California entity; and CODEPINK ACTION FUND, a California entity,<br><br>          Defendants. | Case No.:  2:24-cv-05704-SVW-PVC<br><br>**[PROPOSED] JUDGMENT** |

This action having been resolved as to all parties, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1.  Plaintiff's claims against Defendants Palestinian Youth Movement, Remo Ibrahim, and Courtney Lenna Schirf are dismissed with prejudice pursuant to the Court's Order of August 13, 2025 [ECF No. 126].

2.  Plaintiff's claims against Defendants CodePink Women for Peace and CodePink Action Fund are dismissed with prejudice pursuant to the Court's Order of July 22, 2026 [ECF No. 137].

3.  Plaintiff Ronen Helmann shall take nothing, and this action is dismissed with prejudice in its entirety.

4.  Each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED AND ADJUDGED.

Dated: _____

_____
Hon. Stephen V. Wilson
United States District Judge