JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

RONEN HELMANN,

                Plaintiff,

     v.

CODEPINK WOMEN FOR PEACE, a California entity; and CODEPINK ACTION FUND, a California entity,

                Defendants.

Case No.:  2:24-cv-05704-SVW-PVC

[PROPOSED] JUDGMENT

This action having been resolved as to all parties, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1.  Plaintiff's claims against Defendants Palestinian Youth Movement, Remo Ibrahim, and Courtney Lenna Schirf are dismissed with prejudice pursuant to the Court's Order of August 13, 2025 [ECF No. 126].

2.  Plaintiff's claims against Defendants CodePink Women for Peace and CodePink Action Fund are dismissed with prejudice pursuant to the Court's Order of July 22, 2026 [ECF No. 137].

3.  Plaintiff Ronen Helmann shall take nothing, and this action is dismissed with prejudice in its entirety.

//

//

4. Each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED AND ADJUDGED.


Dated: July 30, 2026


_____
Hon. Stephen V. Wilson
United States District Judge