Mark L. Javitch (CA SBN 323729)
Javitch Law Office
3 East 3rd Ave. Ste 200
San Mateo, CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 300-0343
mark@javitchlawoffice.com

*Attorney for Plaintiff*
and the Putative Class

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONEN HELMANN, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>CODEPINK WOMEN FOR PEACE, a California entity; and CODEPINK ACTION FUND, a California entity,<br><br>  Defendants. | Case No.:  2:24-cv-05704-SVW-PVC<br><br>**NOTICE OF APPEAL**<br><br>Judge: Hon. Stephen V. Wilson |

Notice is hereby given that Plaintiff Ronen Helmann hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Judgment entered in this action on July 30, 2026 [ECF No. 139], and from each and every order and ruling that merged into or underlies that Judgment, including without limitation the Court's Order entered August 13, 2025 dismissing with prejudice Plaintiff's claims against Defendants Palestinian Youth Movement, Remo Ibrahim, and Courtney Lenna Schirf [ECF No. 126].

Dated: August 6, 2026

Respectfully submitted,

JAVITCH LAW OFFICE

By: /s/ Mark L. Javitch
Mark L. Javitch (CA SBN 323729)

Attorney for Plaintiff Ronen Helmann
and those similarly situated