Mark L. Javitch (CA SBN 323729)
Javitch Law Office
3 East 3rd Ave. Ste 200
San Mateo, CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 300-0343
mark@javitchlawoffice.com

*Attorney for Plaintiff*
and the Putative Class

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONEN HELMANN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CODEPINK WOMEN FOR PEACE, a California entity; and CODEPINK ACTION FUND, a California entity,<br><br>Defendants. | Case No.:  2:24-cv-05704-SVW-PVC<br><br>**REPRESENTATION STATEMENT**<br><br>Judge: Hon. Stephen V. Wilson |

Representation Statement                                    1                        Case No. 2:24-cv-05704-SVW-PVC

Pursuant to Ninth Circuit Rule 3-2(b), Plaintiff-Appellant Ronen Helmann submits this Representation Statement. The following are the parties to this appeal and the names, addresses, telephone numbers, and email addresses of their respective counsel.

**Plaintiff-Appellant Ronen Helmann:**

Mark L. Javitch (CA SBN 323729)
Javitch Law Office
3 East 3rd Ave., Suite 200
San Mateo, CA 94401
Telephone: (650) 781-8000
Email: mark@javitchlawoffice.com

**Defendants-Appellees Palestinian Youth Movement, Remo Ibrahim, and Courtney Lenna Schirf:**

Thomas B. Harvey
Law Offices of Thomas B. Harvey
365 East Avenue de los Arboles, Suite 226
Thousand Oaks, CA 91360
Telephone: (805) 768-4440
Email: tbh1910@gmail.com

**Defendants CodePink Women for Peace and CodePink Action Fund:**

Mark A. Kleiman
Kleiman Rajaram
12121 Wilshire Boulevard, Suite 810
Los Angeles, CA 90025
Telephone: (310) 392-5455
Email: Mark@krlaw.us

Collin Poirot (Pro Hac Vice)
Collin Poirot Law Offices
2603 Oak Lawn, Suite 300
Dallas, TX 75219
Telephone: (214) 392-2281

Email: cpoirot.law@gmail.com

Dated: August 6, 2026

Respectfully submitted,

JAVITCH LAW OFFICE

By:  /s/ Mark L. Javitch
Mark L. Javitch (CA SBN 323729)
Attorney for Plaintiff Ronen Helmann
And those similarly situated