Mark L. Javitch (CA SBN 323729)
Javitch Law Office
3 East 3rd Ave. Ste 200
San Mateo, CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 300-0343
mark@javitchlawoffice.com

*Attorney for Plaintiff*
and the Putative Class

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONEN HELMANN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CODEPINK WOMEN FOR PEACE, a California entity; and CODEPINK ACTION FUND, a California entity,<br><br>Defendants. | Case No.:  2:24-cv-05704-SVW-PVC<br><br>**PROOF OF SERVICE**<br><br>Judge: Hon. Stephen V. Wilson |

I, Mark L. Javitch, declare:

1.  I am over the age of eighteen years and am counsel of record for Plaintiff Ronen Helmann in this action. My business address is 3 East 3rd Ave., Suite 200, San Mateo, California 94401.

2.  On August 6, 2026, I electronically filed the following documents with the Clerk of the United States District Court for the Central District of California using the Court's CM/ECF system: (1) Notice of Appeal; and (2) Representation Statement.

3.  The Court's CM/ECF system effected service of the Notice of Appeal and Representation Statement by transmitting a Notice of Electronic Filing to the following counsel of record, each of whom is a registered CM/ECF user:

Mark A. Kleiman — Kleiman Rajaram — Mark@krlaw.us
Collin Poirot — Collin Poirot Law Offices — cpoirot.law@gmail.com
Counsel for Defendants CodePink Women for Peace and CodePink Action Fund

Thomas B. Harvey — Law Offices of Thomas B. Harvey — tbh1910@gmail.com
Counsel for Defendants Palestinian Youth Movement, Remo Ibrahim, and Courtney Lenna Schirf

I declare under penalty of perjury that the foregoing is true and correct. Executed on the date stated below at San Mateo, California.

Dated: August 6, 2026

/s/ Mark L. Javitch
Mark L. Javitch

Proof of Service                                    2                        Case No. 2:24-cv-05704-SVW-PVC