UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 19 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

RONEN HELMANN, on behalf of all others similarly situated, and,,

Plaintiff - Appellant,

JUDIT MAULL and CAMERON HIGBY,

Plaintiffs,

v.

PALESTINIAN YOUTH MOVEMENT; et al.,

Defendants - Appellees,

CODEPINK: WOMEN FOR PEACE, a California entity; et al.,

Defendants.

No. 26-3604

D.C. No. 2:24-cv-05704-SVW-PVC
Central District of California,
Los Angeles

ORDER

The motion (Docket Entry No. 13) for voluntary dismissal is granted. *See* Fed. R. App. P. 42(b).

This case is dismissed.

This order serves as the mandate of the court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT